## LYELL B. DAMPEER *v.* JANE D. DAMPEER
### (14887)

O'Connell, Foti and Lavery, Js.

Argued May 28—officially released June 18, 1996

Per Curiam. The judgment is affirmed.

## STATE OF CONNECTICUT *v.* JOSE BERRIOS
### (14808)

O'Connell, Foti and Lavery, Js.

Argued May 28—officially released June 18, 1996

Per Curiam. The judgment is affirmed.

## STATE OF CONNECTICUT *v.* NNAMDI CLARKE
### (14621)

O'Connell, Foti and Lavery, Js.

Argued May 28—officially released June 18, 1996

Per Curiam. The judgment is affirmed.

## STATE OF CONNECTICUT *v.* JOSEPH WIXTED
### (14585)

Landau, Heiman and Daly, Js.

Argued May 28—officially released June 18, 1996

Per Curiam. The judgment is affirmed.